UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **ROXANNE CHAISSON** | **CASE NO. 6:21-CV-02848** |
| **VERSUS** | **JUDGE ROBERT SUMMERHAYS** |
| | **MAGISTRATE JUDGE HANNA** |
| **TRAVELERS INDEMNITY CO. OF CONNECTICUT, ET AL.** | |

## JUDGMENT

Before this Court is a motion for remand filed by Plaintiff. (Rec. Doc. 10). This motion was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, noting the absence of objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, the motion for remand filed by Plaintiff (Rec. Doc. 10) is **DENIED**. Plaintiff may reurge her motion if, after conducting further discovery, evidence demonstrates the existence of *Canter* liability on the part of the yet-named store manager.

Signed at Lafayette, Louisiana, this 28th day of January, 2022.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE